UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LIFTED SPIRITS DISTILLATION, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-cv-163 |
| STATE LINE DISTILLERY, LLC, and JOHN MLEZIVA | ) |
| Defendants. | ) |

### ORDER FOR JUDGMENT AND PERMANENT INJUNCTION

Based upon the foregoing stipulation of the parties,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has jurisdiction over the subject matter and over all parties to this action, and venue is proper in this District.

2. Plaintiff owns all right, title, and interest to the LIFTED SPIRITS® mark.

3. The Complaint alleges that Defendants have infringed the LIFTED SPIRITS® mark by using them in commerce without the Plaintiff's consent.

4. Defendants stipulate to permanent injunctive relief for the purpose of resolving this dispute.

5. As of the date of this Order, Defendants, including State Line Distillery, LLC's officers, directors, owners, agents, servants, representatives, employees, assigns, and successors, shall be and are hereby permanently enjoined and restrained from using the LIFTED SPIRITS® mark or any words that are likely to create consumer confusion with the LIFTED SPIRITS® mark in any commercial context.

6. Plaintiff will not object or otherwise contest Defendants' use of the phrase "Spirits

1

Awakened" or Defendants' Registered Trademark No. 5336813 (the STATE LINE DISTILLERY® mark).

7.  Any and all claims made by the parties to this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

8.  This Court shall retain jurisdiction to enforce the terms and conditions of this Judgment.

Entered: August __1__, 2018.

BY THE COURT:

James D. Peterson
District Judge

s/ J. Smith, Deputy Clerk      8/2/2018
Peter Oppeneer, Clerk of Court    Date